IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JOHN DOE, | CIVIL ACTION |
|---|---|
| Plaintiff, | |
| v. | |
| MITCHELL GARABEDIAN, ESQUIRE, MITCHELL GARABEDIAN, ESQUIRE, doing business as "LAW OFFICES OF MITCHELL GARABEDIAN," and KURTIS N. POULOS, | NO. 19-1539 |
| Defendants. | |

**O R D E R**

**AND NOW**, this 2nd day of October, 2019, upon consideration of Motion by Defendants, Mitchell Garabedian, Esquire and Mitchell Garabedian, Esquire d/b/a Law Offices of Mitchell Garabedian, to Dismiss Plaintiff's Second Amended Complaint (Document No. 30, filed July 5, 2019), **IT IS ORDERED** that defendants' Motion to Dismiss Plaintiff's Second Amended Complaint is **GRANTED**. Plaintiff's claim against Mitchell Garabedian, Esquire and Mitchell Garabedian, Esquire d/b/a Law Offices of Mitchell Garabedian for defamation (Count I) is **DISMISSED WITHOUT PREJUDICE**. Plaintiff's claim against Mitchell Garabedian, Esquire and Mitchell Garabedian, Esquire d/b/a Law Offices of Mitchell Garabedian for intentional infliction of emotional distress (Count II) is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that plaintiff is granted leave to file an amended complaint with respect to Count I of the Second Amended Complaint within twenty (20) days, if warranted by the facts and applicable law as set forth in the accompanying Memorandum dated October 2, 2019.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

**DuBOIS, JAN E., J.**