# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MATTHEW RALSTON, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | |
| MITCHELL GARABEDIAN, ESQUIRE, et al, | : | |
| | : | NO. 2:19-cv-01539 |
| Defendants. | : | |

## MOTION BY THE GARABEDIAN DEFENDANTS TO COMPEL ZACHARY LEHMAN TO APPEAR FOR THE COMPLETION OF HIS DEPOSITION, TO ANSWER THE QUESTIONS HE PREVIOUSLY REFUSED TO ANSWER AND TO APPEAR FOR THE DESIGNEE DEPOSITION

Defendants, Mitchell Garabedian, Esquire and Mitchell Garabedian, Esquire d/b/a Law Offices of Mitchell Garabedian ("Garabedian"), move to compel Lehman to appear for the completion of his deposition, to answer the questions he previously refused to answer at pages 17-18, 76-81, 84-86, 91-93, 96-102, 113-114 of his deposition, and to appear for the designee deposition. Garabedian will rely on the accompanying memorandum of law and exhibits.

Respectfully submitted,

/s/ Candidus K. Dougherty
Jeffrey B. McCarron
Candidus K. Dougherty
SWARTZ CAMPBELL LLC

Dated: October 13, 2021