IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MATTHEW RALSTON** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 19-1539** |
| | : | |
| **MITCHELL GARABEDIAN, ESQ.,** *et al.* | : | |
| | : | |

# ORDER

**AND NOW**, this 23rd day of December 2021, upon considering Defendants Mitchell Garabedian, Esq. and Mitchell Garabedian, Esq. d/b/a Law Offices of Mitchell Garabedian's Motion for summary judgment (ECF Doc. No. 154), Plaintiff's Response (ECF Doc. No. 165), Defendants' Reply (ECF Doc. No. 170), Plaintiff's Sur-Reply (ECF Doc. No. 174), Defendant Kurtis Poulos's Motion for summary judgment (ECF Doc. No. 155), Plaintiff's Response (ECF Doc. No. 167), and Mr. Poulos's "Response" (ECF Doc. No. 171), and for reasons in the accompanying Memorandum, it is **ORDERED** the Motions for summary judgment (ECF Doc. Nos. 154, 155) are **DENIED**.

_____
**KEARNEY, J.**