IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MATTHEW RALSTON, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | |
| MITCHELL GARABEDIAN, ESQUIRE, et al, | : | |
| | : | NO. 2:19-cv-01539 |
| Defendants. | : | |

**MOTION *IN LIMINE* BY GARABEDIAN DEFENDANTS TO PRECLUDE CERTAIN EXHIBITS IDENTIFIED BY PLAINTIFF**

Defendants, Mitchell Garabedian, Esquire and Mitchell Garabedian, Esquire d/b/a Law Offices of Mitchell Garabedian ("Garabedian"), by and through their undersigned counsel, Swartz Campbell LLC, move *in limine* to preclude certain exhibits identified by plaintiff.

A summary chart is attached as Exhibit "K." Garabedian moves to preclude plaintiff from offering the following joint exhibits:[1] J-1, J-2, J-4 through J-11, J-13 through J-18, J-20, J-22, J-23, J-25 through J-27, J-31 through J-36, J-39, J-40, J-46 through J-56, J-58 through J-62, J-65, J-67, J-80, J-143, and J-152. The basis to preclude the exhibits is more fully set forth in the chart and memorandum of law.

WHEREFORE, the Court should grant Garabedian defendants' motion and preclude exhibits J-1, J-2, J-4 through J-11, J-13 through J-18, J-20, J-22, J-23, J-25 through J-27, J-31 through J-36, J-39, J-40, J-46 through J-56, J-58 through J-62, J-65, J-67, J-80, J-143, and J-152.

---

[1] Garabedian has otherwise asserted objections to certain joint trial exhibits but has not moved for preclusion and will reserve for the objections for time of trial to see if and how presented by plaintiff.

1

                                        Respectfully submitted,

                                        <u>/s/ Candidus K. Dougherty</u>
                                        Jeffrey B. McCarron
                                        Candidus K. Dougherty
                                        SWARTZ CAMPBELL LLC
                                        One Liberty Place, 38th Floor
                                        1650 Market Street
                                        Philadelphia, PA  19103
                                        Phone (215) 299-4296
                                        Fax (215) 299-4301
                                        cdougherty@swartzcampbell.com

Dated: January 4, 2022