# EXHIBIT "A"

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MATTHEW RALSTON | : | |
| Plaintiff | : | |
| | : | NO: 2:19-cv-01539 |
| v. | : | |
| | : | |
| MITCHELL GARABEDIAN, ESQ., LAW OFFICES OF MITCHELL GARABEDIAN and KURTIS N. POULOS | : | |
| Defendants | : | |

## PLAINTIFF'S TRIAL EXHIBITS INDEX

| | *Item Description* | *Bates* |
|---|---|---|
| 1. | 04/11/18 and 12/26/2018 Letters from Garabedian to The Hill School | P1.1 – P1.4 |
| 2. | Expert Report and CV of Shanin Specter, Esq. | P2.1 – P2.15 |
| 3. | Expert Report and CV of James C. Schwartzman, Esq. | P3.1 – P3.15 |
| 4. | Expert Reports and CV of Barbara Ziv, M.D.<br>  Evaluation of Poulos<br>  Evaluation of Ralston<br>  Appendixes A-G | P4.1 - P4.204<br>P4.1 – 4.46<br>P4.47 – 4.95<br>P4.107 – 4.204 |
| 5. | Expert Report and CV of Andrew Verzilli | P5.1 – P5.20 |
| 6. | Yearbook Pages<br>  1994<br>  1995<br>  1996<br>  1997<br>  2009 | <br>P6.1 – P6.6<br>P6.7 – P6.13<br>P6.14 – P6.19<br>P6.20 – P6.25<br>P6.26 – P6.230 |
| 7. | Plaintiff's Resume 2020 | P7.1 – P7.3 |
| 8. | Class of '97 Yearbook Photos (*formerly P100*) | P8.1 – P8.11 |
| 9. | Correspondence Re: Departure from Hill | P9.1 – P9.25 |
| 10. | Student Evals of Plaintiff | P10.1 – P10.64 |
| 11. | Note from Student at Andrews School | P11.1 |

| 12. | Letters from Administrators/Colleagues | P12.1 – P12.10 |
|---|---|---|
| 13. | Speech by Chris Howell | P13.1 – P13.2 |
| 14. | Ltr. from Zwerner (Poulos' Cousin) | P14.1 |
| 15. | Plaintiff Employment records – Leelanau School | P15.1 – 15.78 |
| 16. | Hill School Production (K. Poulos) | P16.1 – 16.253 |
| 17. | Marquette University – Kurtis Poulos | P17.1 – P17.38 |
| 18. | Kurtis Poulos Unofficial Undergraduate Transcript – Marquette University | P18 |
| 19. | Marquette University – Mary Ellen Poulos | P19.1 – P19.23 |
| 20. | Mary Ellen Poulos Unofficial Transcript – Marquette University | P20.1 – P20.2 |
| 21. | Records of Charles Grade (K. Poulos) | P21.1 – P21.22 |
| 22. | Plaintiff's Income Tax Returns | P22.1 – P22.88 |
| 23. | Mary Ellen Poulos Production | P23.1 – P23.5 |
| 24. | Hill School Production - Plaintiff | P24.1 – P24.325 |
| 25. | Ph.D. Dissertation Acknowledgement | P25.1 – P25.7 |
| 26. | Note from Dismissed Hill Student | P26.1 |
| 27. | The Hill School Bulletin references | P27.1 – P27.16 |
| 28. | Text Messages Re: Wallace Gundy | P28.1 – P28.2 |
| 29. | Upper School East Photo | P29.1 – P29.5 |
| 30. | '94 – '95 Geometry Materials | P30.1 – P30.19 |
| 31. | '94 – '95 Geometry Student Reviews | P31.1 – P31.49 |
| 32. | '94 – '95 Math 4 Student Reviews | P32.1 – P32.55 |
| 33. | Campus Map | P33.1 |

| 34. | Floor Plans/Permits Upper School Basement – The Hill School | P34.1 – P34.28 |
|---|---|---|
| 35. | Verizon Records, K. Poulos | P35.1 – P35.48 |
| 36. | Hill School Leave/Departure Correspondence (2019) | P36.1 – P36.18 |
| 37. | American Strategic Insurance Records (Poulos) | P37.1 – P37.226 |
| 38. | Medical Records of Lisa Havens (Plaintiff -Psych) | P38.1 – P38.36 |
| 39. | Medical Records of Phillip Seimer, M.D. | P39.1 – P39.8 |
| 40. | Medical Records of Nathan March, D.O. | P40.1 – P40.601 |
| 41. | Medical Records of Pottstown Medical Specialists (Goldberg) | P41.1 – P41.23 |
| 42. | Handwritten Notes of Plaintiff | P42.1 – P42.2 |
| 43. | State of Maryland Criminal Records – Poulos | P43.1 – P43.8 |
| 44. | Milwaukee Circuit Court Criminal Records – Poulos | P44.1 – P44.47 |
| 45. | Worchester County Criminal Records – Poulos | P45.1 – P45.95 |
| 46. | Affidavit of Kerith Iverson Brand | P46.1 -P46.9 |
| 47. | Cozen O'Conner Production | P47.1 – P47.29 |
| 48. | Correspondence w/ Hill School (Counsel) | P48.1 – P48.69 |
| 49. | Social Security Calculator | P49.1 – P49.2 |
| 50. | Andrews School Employment File | P50.1 – P50.29 |
| 51. | Cards/Notes to Plaintiff (*formerly P8*) | P51.1 – P51.224 |
| 52. | Capital Giving Office Webpage (*formerly P51*) | P52.1 – P52.3 |
| 53. | Poulos Cumulative correspondence with The Beasley Firm | P53.1 – P53.69 |
| 54. | Hill School Supplemental Production ("HILLRAL") | P54.1-P54.11 |

| 55. | Garabedian Production. November, 2020. ("Garabedian") | P55.1-P55.353 |
|---|---|---|
| 56. | Garabedian File Production. March, 2021. Garabedian_File 1-273 (Poulos File) | P56.1-P56.273 |
| 57. | Garabedian File Production. March, 2021. Garabedian_File 274-1244 (Poulos Medical Records) | P57.1-P57.971 |
| 58. | Garabedian File Production. March, 2021. Garabedian_File 1245-1853 (Poulos Medical Records) | P58.1-P58.609 |
| 59. | Garabedian File Production. March, 2021. Garabedian_File 1854-1960 (Misc. Correspondence) | P59.1-P59.107 |
| 60. | Garabedian File Production. March, 2021. Garabedian_Email 1-129 (Emails) | P60.1-P60.129 |
| 61. | Leslie Gomez Privilege Log and Documents | P61.1-P61.87 |
| 62. | Depositions of Kurtis Poulos (Cumulative) (Transcripts and/or video recording) | P62.1-P62.973 |
| 63. | Depositions of Matthew Ralston (Cumulative) (Transcripts and/or video recording) | P63.1-P63.715 |
| 64. | Deposition of Mitchell Garabedian, Esq. (Transcript and/or video recording) | P64.1-P64.353 |
| 65. | Deposition of Daniel Mahoney, Esq. (Transcripts and/or video recording) | P65.1-P65.174 |
| 66. | Deposition of Nathan Gaul, Esq. (Transcript and/or video recording) | P66.1-P66.72 |
| 67. | Deposition of Mary Ellen Poulos (Transcript and/or video recording) | P67.1-P67.239 |
| 68. | Deposition of Zachary Brusko (Transcript and/or video recording) | P68.1-P68.101 |
| 69. | Deposition of Charles Grade, M.D. (Transcript and/or video recording) | P69.1-P69.138 |

| | | |
|---|---|---|
| 70. | Deposition of Mark Ralston (Transcript and/or video recording) | P70.1-P70.55 |
| 71. | Deposition of Mary Beth Ralston (Transcript and/or video recording) | P71.1-P71.99 |
| 72. | Deposition of Christopher Chirielesion (Transcript and/or video recording) | P72.1-P72.56 |
| 73. | Deposition of William Yinger (Transcript and/or video recording) | P73.1-P73.101 |
| 74. | Deposition of Christopher Hopkins (Transcript and/or video recording) | P74.1-P74.113 |
| 75. | Deposition of Zachary Lehman (Transcript and/or video recording) | P75.1-P75.178 |
| 76. | Deposition of Leslie Gomez (Transcript and/or video recording) | P76.1-P76.254 |
| 77. | Deposition of Thomas Rees (Transcript and/or video recording) | P77.1-P77.334 |
| 78. | Deposition of Andrew Verzilli (Transcript and/or video recording) | P78.1-P78.96 |
| 79. | Deposition of Shanin Specter, Esq. (Transcript and/or video recording) | P79.1-P79.361 |
| 80. | Deposition of Barbara Ziv, M.D. (Transcript and/or video recording) | P80.1-P80.660 |
| 81. | Deposition of Robert Tintner, Esq. (Transcript and/or video recording) | P81.1-P81.75 |
| 82. | Deposition of Clifford Haines, Esq. (Transcript and/or video recording) | P82.1-P82.70 |
| 83. | Deposition of Frank Fetterolf, M.D. (Transcript and/or video recording) | P83.1-P83.87 |
| 84. | Deposition of Ben Walborn (Transcript and/or video recording) | P84 |

| 85. | Expert Report and CV of Robert Tintner, Esq. | P85.1-P85.24 |
| --- | --- | --- |
| 86. | Expert Report and CV of Clifford Haines, Esq. | P86.1-P86.13 |
| 87. | Expert Report and CV of Gladys Fenichel, M.D. | P87.1-P87.37 |
| 88. | Expert Report and CV of Frank Fetterolf, M.D. | P88.1-P88.21 |
| 89. | Expert Report and CV of Stephen Scherf, CPA | P89.1-P89.38 |
| 90. | Expert Report and CV of Michael Smychynsky, MBA | P90.1-P90.9 |
| 91. | Plaintiff's Cumulative Responses to Discovery | P91.1-P91.44 |
| 92. | Defendants' Cumulative Responses to Discovery | P92.1-P92.356 |
| 93. | Plaintiff's Discovery Requests to Defendant Poulos | P93.1-P93.65 |
| 94. | Defendant Poulos' Answer to Second Amended Complaint | P94.1-P94.13 |
| 95. | Defendant Poulos' Motion to Dismiss SAC | P95.1-P95.5 |
| 96. | Defendant Poulos' Motion for Judgment on the Pleadings | P96.1-P96.2 |
| 97. | Defendant Poulos' Motion for Protective Order | P97.1-P97.5 |
| 98. | Defendant Poulos' Cross-Claim Against Defendant Garabedian | P98.1-P98.12 |
| 99. | Defendant Poulos' Motion for Summary Judgment | P99.1-P99.31 |
| 100. | Any Exhibits Identified by Defendants | |
| 101. | Demonstratives | |