IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MATTHEW RALSTON, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | |
| MITCHELL GARABEDIAN, ESQUIRE, et al, | : | |
| | : | NO. 2:19-cv-01539 |
| Defendants. | : | |

**WITNESS AFFIDAVIT PURSANT TO JANUARY 7, 2022 ORDER (DOC. 284)**

I, __BRGENT S. TIJTWER__, do swear or affirm under penalty of perjury:

1. I received and reviewed the Court's order dated January 7, 2022 order (Doc. 284).

2. I intend to testify remotely.

3. I will not record, by video or audio, any portion of the trial.

4. I consent to the personal jurisdiction of this Court for purposes of enforcing the terms of this Order and maintaining order during trial.

5. I will not allow anyone else to watch or listen to the video in my presence or with my knowledge who has not signed this affidavit.

6. I acknowledge that I may not comment on, speak, or otherwise communicate with counsel or any person electronically.

7. I will not have access to my phone, texts, emails, or other methods of communication.

8. I will not have information on my computer, devices, or phone.

9. I will not have hard copies before me of any document until counsel directs me to an identified exhibit.

Dated: 1/19/2022

[signature]