# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MATTHEW RALSTON** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 19-1539 |
| | : | |
| **MITCHELL GARABEDIAN, ESQ.,** | : | |
| **KURTIS N. POULOS, MITCHELL** | : | |
| **GARABEDIAN LAW OFFICE** | : | |

## ORDER

**AND NOW**, this 13th day of May 2022, following the parties' Responses (ECF Doc. Nos. 410, 411, 412), to our May 4, 2022 Order (ECF Doc. No. 408), and for reasons in the accompanying Memorandum, it is **ORDERED** we will **stay** issuance of a Judgment and findings of fact and conclusions of law until on or after **May 23, 2022** to allow the filing and service of a notice of death which, upon filing, would require us to stay issuing a judgment until the earlier of our ruling on a filed and served motion to substitute or ninety days absent a motion to substitute.

**KEARNEY, J.**