IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW RALSTON | : CIVIL ACTION |
| | : |
| v. | : NO. 19-1539 |
| | : |
| MITCHELL GARABEDIAN, ESQ., | : |
| KURTIS N. POULOS, MITCHELL | : |
| GARABEDIAN LAW OFFICE | : |

## ORDER

AND NOW, this 24th day of August 2022, upon considering Plaintiff's amended Motion for substitution (ECF Doc. No. 432), confirming service upon the nonparty sought to be substituted (ECF Doc. No. 433), and finding Plaintiff has not met his burden of securing a personal representative consistent with Pennsylvania law as more fully detailed in the accompanying Memorandum, it is **ORDERED**:

1. Plaintiff's amended Motion for substitution (ECF Doc. No. 432) is **DENIED** without prejudice; and,

2. We grant Plaintiff leave, by **September 9, 2022,** to either: move for an extension of time to move for substitution of a personal representative; or, absent a timely motion for an extension, show cause in a memorandum not exceeding ten pages as to why we should not dismiss his claims against the deceased Kurtis Poulos.

KEARNEY, J.