# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MATTHEW RALSTON** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 19-1539** |
| | : | |
| **MITCHELL GARABEDIAN, ESQ.,** | : | |
| **KURTIS N. POULOS, MITCHELL** | : | |
| **GARABEDIAN LAW OFFICE** | : | |

# JUDGMENT

**AND NOW**, this 26th day of August 2022, after evaluating the credibility of several witnesses during our bench trial, deposition designations, admitted exhibits, and for reasons in the accompanying Memorandum with Findings of Fact and Conclusions of Law, it is **ORDERED**:

**JUDGMENT** is entered in favor of Mitchell Garabedian, Esq. and the Mitchell Garabedian Law Office and against Matthew Ralston but nothing in this Order affects Plaintiff's claims against the deceased Kurtis N. Poulos nor closes the case until a final Order.

_____
**KEARNEY, J.**